# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Mack Industries, Ltd.,** *et al.***,** | Bankruptcy No. 17-09308 (Jointly Administered) |
| Debtors. | |
| | Honorable Carol A. Doyle |
| **Ronald R. Peterson, trustee**, *et al.*, | |
| Plaintiff(s), | |
| v. | Case No: 19-ap-00248, *et al.*[2] |
| Electronic Funds Source, LLC, *et al.*,[1] | |
| Defendant(s). | |

### ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

This matter having been presented to the Court for the status hearing on the Amended Complaint of Ronald R. Peterson, trustee, *et al.*; IT IS HEREBY ORDERED that:

1. The deadline for each defendant in the avoidance actions identified on **Exhibit 1** to answer or otherwise plead in response to the Amended Complaint is extended to and including October 8, 2020.

2. Status is continued to October 15, 2020, at 10:45 a.m. for each avoidance action identified on **Exhibit 1**.

3. A copy of this Order shall be entered in each avoidance action identified on **Exhibit 1**.

---

[1] See Exhibit 1 for complete list of cases.
[2] See Exhibit 1 for complete list of cases.

Date: September 17, 2020               ENTER:

 

 

_____
United States Bankruptcy Judge

Prepared by:
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:        (312) 878-4830
Fax:       (847) 574-8233
Email:    aholtschlag@wfactorlaw.com

## Exhibit 1

| Case No. | Defendants |
|---|---|
| 19-ap-00248 | Electronic Funds Source, LLC |
| 19-ap-00381 | WB Real Estate Investment Mangement, LLC |
| 19-ap-00430 | Harold Willig, et al. |
| 19-ap-00500 | PoleRe LLC |
| 19-ap-00564 | Illinois Department of Revenue |
| 19-ap-00148 | Premier Electric Services Corp. |
| 19-ap-00438 | ABC Tile and Chris Chlebek |
| 19-ap-00459 | Bestway Heating Company Inc. |
| 19-ap-00465 | J.P. Plumbing Inc. |
| 19-ap-00534 | Engineered Tax Services Inc. |